UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESTHER CURRY,

    Plaintiff,

-vs-                                                                                    CASE NO.:  6:18-CV-01838-CEM-KRS

CAPITAL ONE BANK (USA). N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Esther Curry, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Megan P. Stephens, Esq., Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL 35203 (mstephens@burr.com).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
*Attorney for Plaintiff*